**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **K.V. VENUGOPAL REDDY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **No. 26-2380-KHV** |
| | ) | |
| **HSBC SECURITIES (USA), et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On September 18, 2026, Magistrate Judge Angel D. Mitchell recommended that the Court dismiss plaintiff's amended complaint for failure to state a claim on which relief could be granted and because plaintiff cannot allege facts to support venue or the Court's personal jurisdiction over the defendants in this matter. See Report And Recommendation (Doc. #15).

Plaintiff had until October 2, 2026 to file objections to the proposed findings and recommendation. See Fed. R. Civ. P. 72(b)(2) (party must file objection within 14 days after service of report and recommendation). No party has objected. For this reason and substantially the reasons stated in the Report And Recommendation (Doc. #15), the Court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS THEREFORE ORDERED** that the Report And Recommendation (Doc. #15) filed September 18, 2026 is **ADOPTED**.

**IT IS FURTHER ORDERED that under 28 U.S.C. § 1915(e)(2)(B)(ii), the Court dismisses the Amended Complaint (Doc. #5) filed July 6, 2026 against all defendants for failure to state a claim on which relief may be granted.**

**IT IS FURTHER ORDERED that under 28 U.S.C. § 1915(e)(2)(B)(ii), the Court**

**dismisses the Amended Complaint (Doc. #5) filed July 6, 2026 against all defendants because it does not allege facts to support the Court's personal jurisdiction over the defendants or venue.**

Dated this 25th day of November, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge